ALITO, Circuit Judge,
concurring in the judgment:
Except with respect to the comments below, writing separately in this case would not serve a useful purpose. I do not join part IIIB of the opinion of the Court. Both FCFC and JOC merely mentioned the choice-of-law issue in passing in their briefs. See FCFC Br. At 41, 50 n. 7; JOC Br. At 17. “ ‘[A] passing reference to an issue ... will not suffice to bring that issue before this Court.’ ” Laborers’ Int’l Union of N. Am. v. Foster Wheeler Corp., 26 F.3d 375, 398 (3d Cir.1994) (citation omitted) (ellipsis in original). I would hold that no choice-of-law issue is properly before the Court in this appeal. Without full briefing from the parties, I am unwilling to join the Court’s novel application of New Jersey choice-of-law principles.